

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-15-00688-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048 L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Appellant's brief was originally due on February 29, 2016. Neither the brief nor a motion for extension of time was filed. Appellant is represented on appeal by Mr. Ryan Grant Anderson. On March 9, 2016, this court ordered Mr. Anderson file appellant's brief no later than March 30, 2016. Our order cautioned Mr. Anderson that if he failed to file the brief by this date or failed to reasonably explain the reason for his failure to do so, this appeal would be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1). On March 31, 2015, Mr. Anderson filed a motion asking for a two-day extension of time to file the brief, and this court granted the extension to April 1, 2016. The brief has not been filed.

Accordingly, Mr. Anderson is hereby ORDERED to show cause in writing, no later than April 18, 2016, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c). Failure to respond by April 18, 2016 will result in the dismissal of this appeal. TEX. R. APP. P. 38.8(a).

On April 5, 2016, appellee filed a motion for sanctions, asserting the appeal is frivolous and citing Mr. Anderson's failure to file appellant's brief. Appellee's motion for sanctions is ORDERED HELD IN ABEYANCE.

The Clerk of this court shall cause a copy of this order to be served on Mr. Anderson by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court